Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
kfp@thorndal.com
Attorney for Defendants
CARSON CITY and/or CARSON CITY SHERIFF'S
OFFICE, ROCKY GOETZ and ANTHONY VIGLIETTA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE of KORINA ADAMS, by MICHELE DARLING, Personal Representative, THE ESTATE of DESTINY DARLING, by MICHELE DARLING, Personal Representative, JASON ADAMS, husband of KORINA ADAMS, deceased, P.L. and R.A., minor children of KORINA ADAMS, and MICHELE DARLING, mother of the decedents,<br><br>Plaintiffs,<br><br>vs.<br><br>CONSOLIDATED CARSON CITY and CARSON CITY COUNTY, ROCKY GOETZ, in his individual and official capacity of Deputy Sheriff, ANTHONY VIGLIETTA, in his individual and official capacity of Deputy Sheriff, CARSON CITY SHERIFF'S OFFICE and DOES 1 through X, inclusive,<br><br>Defendants. | Case No.:   3:25-cv-00161-ART-CSD<br><br>**ORDER REGARDING JOINT STATUS REPORT** |

Pursuant to the Court's Order of September 4, 2025 [ECF No. 29], the parties submit the following Joint Status Report in advance of the hearing presently on calendar for Wednesday, September 17, 2025, at 9:00 a.m.

On July 1, 2025, Plaintiffs filed a motion to add Brian Mays, a former sergeant with the Carson City Sheriff's Office, as a defendant pursuant to Federal Rule of Civil Procedure 19. Defendants responded to the motion on July 15, 2025, and Plaintiffs filed their reply in support of their motion on July 22, 2025. The parties have met and conferred regarding the pending

- 1 -

1  motion as ordered by the Court and have resolved the issue which is the subject of the pending
2  motion.
3        Specifically, Plaintiffs have agreed to withdraw their motion to add Brian Mays as a party
4  under FRCP 19 and will file a motion for leave to amend their complaint to substitute Mr. Mays
5  in place of a Doe Defendant identified in Plaintiffs' complaint as a supervisory employee of the
6  Sheriff's Office in accordance with FRCP 15.  Counsel have also agreed to request that the Court
7  extend the current discovery and other case deadlines by a period of ninety (90) days in order to
8  assure that the Plaintiffs have sufficient time to complete any additional discovery they believe is
9  necessary in anticipation of the addition of a new party defendant to the case.  The proposed
10 extension would be the parties' second such request made in the case.
11       Given the foregoing, the parties would request that the hearing scheduled for Wednesday,
12 September 17, 2025, at 9:00 a.m. be vacated.

DATED this 15th day of September, 2025.

By: _/s/ Robert Bennett_
    ROBERT J. BENNETT, ESQ.
    452 Mallard Way
    Fernley, NV  89408

    ROBERT H. BROILI, ESQ.
    P.O. Box 836
    Reno, NV  89504
    Attorneys for Plaintiffs

DATED this 15th day of September, 2025.

THORNDAL ARMSTRONG, PC

By: _/s/ Katherine Parks_
    KATHERINE F. PARKS, ESQ.
    Nevada Bar No. 6227
    6590 S. McCarran Blvd., Suite B
    Reno, Nevada 89509
    Attorney for Defendants
    CARSON CITY and/or CARSON
    CITY SHERIFF'S OFFICE, ROCKY
    GOETZ and ANTHONY VIGLIETTA

The Motion Hearing set for Wednesday, September 17, 2025, at 9:00 a.m. (ECF No. 29) is hereby vacated. **IT IS SO ORDERED.**

Dated: September 16, 2025.

_____
Craig S. Denney, U.S. Magistrate Judge

- 2 -