UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| THE ESTATE OF KORINA ADAMS, by Michele Darling, Personal Representative, et al., <br><br>    Plaintiffs<br><br>v.<br><br>CARSON CITY, et al.,<br><br>    Defendants | Case No.: 3:25-cv-00161-ART-CSD <br><br>**Order** <br><br>Re: ECF Nos. 45, 47 |

Plaintiffs have filed a "Request for Submission," asking the court to compel non-party Nevada PERS to comply with a subpoena duces tecum Plaintiffs issued to it on October 27, 2025. (ECF No. 47.) The request for submission follows Plaintiffs' filing of, and requests a ruling on, their "Response to Objection to Subpoena Duces Tecum." (ECF No. 45.) This latter document was a response to Nevada PERS' written objections to the subpoena duces tecum, which were received by Plaintiffs on or about November 7, 2025. (ECF No. 47 at 4, 7-9.)

Plaintiffs' counsel has been previously advised – on more than one occasion – that the filing of requests for submission is not a practice authorized by the Federal Rules of Civil Procedure or the Local Rules of this District, and that any request for relief must be filed as a motion, permitting a response and a reply. (ECF Nos. 28, 37.) In its latest order, dated October 9, 2025, the court advised that "[i]f Plaintiffs' counsel continues to flout the court's orders, the court will issue an order to show cause why counsel should not be sanctioned. To that end, the court directs Plaintiffs' counsel to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules for this District." (ECF No. 37 at 4.)

The court will not at this time issue an order to show cause, but it will strike both the Request for Submission and Response to Objection as procedurally improper. Plaintiffs may file a motion to compel compliance with the subpoena, which will allow Nevada PERS an opportunity to respond and Plaintiffs an opportunity to reply.

Plaintiffs' counsel is advised to review the text of Federal Rule of Civil Procedure 45, and particularly Rule 45(d). Pursuant to that rule, a "person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises--or to producing electronically stored information in the form or forms requested." Fed. R. Civ. P. 45(d)(2)(B). Notably, the rule does not require, or even permit, a non-party's objections to be filed with the court. After an objection is made, "the serving party may move the court for the district where compliance is required for an order compelling production or inspection." Fed. R. Civ. P. 45(d)(2)(B)(i).

Accordingly, Plaintiffs' Response to Objection (ECF No. 45) and Request for Submission (ECF No. 47) are hereby **STRICKEN**. Plaintiffs may file a motion to compel to seek compliance with the subpoena, which the court will consider after the motion has been fully briefed – that is, once Nevada PERS has had an opportunity to file a response and Plaintiffs have had an opportunity to reply.

**IT IS SO ORDERED**.

Dated: November 21, 2025

_____
Craig S. Denney
United States Magistrate Judge