UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THE ESTATE OF KORINA ADAMS, by Michele Darling, Personal Representative, et al.,

    Plaintiffs

v.

CARSON CITY, et al.,

    Defendants

Case No.: 3:25-cv-00161-ART-CSD

**Order**

Re: ECF Nos. 46, 49

    Pursuant to the Local Rules of this court, depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, requests for admission, deposition notices and deposition transcripts "must not be filed with the court until they are used in the proceeding, unless the court orders otherwise." L.R. 26-7 (referencing Fed. R. Civ. P. 5(d)(1)(A)); *see also* L.R. IC 1-1(c)(12) (unless the court orders otherwise, discovery documents under L.R. 26-7 will not be filed electronically). Accordingly, the Clerk shall **STRIKE** the notices of issuance of subpoena duces tecum filed by Plaintiffs (ECF Nos. 46, 49) from the docket.

**IT IS SO ORDERED**.

Dated: December 22, 2025

                                                                        Craig S. Denney
                                                                        United States Magistrate Judge