**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THE ESTATE OF KORINA ADAMS, by
Michele Darling, Personal Representative, et
al.,

      Plaintiffs

v.

CARSON CITY, et al.,

      Defendants

Case No.: 3:25-cv-00161-ART-CSD

**Order**

Re: ECF No. 64

Plaintiffs have filed a renewed "Request for Appointment of Guardian Ad Litem" for the two minor plaintiffs in this case, P.L. and R.A. (ECF No. 64.) The motion has not been opposed, and the time for doing so has expired.

Under Rule 17(c)(2), "[t]he court must appoint a guardian ad litem--or issue another appropriate order--to protect a minor or incompetent person who is unrepresented in an action."

"[I]nfant and other incompetent parties are wards of any court called upon to measure and weigh their interests [and t]he guardian ad litem is but an officer of the court." *Dacanay v. Mendoza*, 573 F.2d 1075, 1079 (9th Cir. 1978). "As a general matter, the decision whether to appoint a guardian ad litem is 'normally left to the sound discretion of the trial court.'" *Elliott v. Versa CIC, L.P.*, 328 F.R.D. 554, 556 (S.D. Cal. 2018) (quoting *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986)) (internal quotation marks omitted). "Relatedly, in its discretion, the Court may remove a guardian ad litem if she acts contrary to the best interests of the minor or incompetent plaintiff, has a conflict of interest with the minor or incompetent plaintiff, or demonstrates an inability or refusal to act." *Id*.

Plaintiffs seek appointment of Michelle Darling to represent the interests of P.L., who is her grandchild, and of Jason Adams to represent the interests of R.A., who is his child. Both proposed guardians ad litem have indicating their willingness to act in that capacity and have stated they would not seek compensation for acting in such role. (*See* ECF No. 64-1, 64-2.)

Good cause appearing, Plaintiffs' renewed request to appoint Michelle Darling and Jason Adams as guardians ad litem for minor plaintiffs P.L and R.A., respectively, (ECF No. 64) is **GRANTED**. Ms. Darling is hereby appointed to act as guardian ad litem for P.L. in this case, only, and is authorized to prosecute this action on P.L.'s behalf. Mr. Adams is hereby appointed to act as guardian ad litem for R.A. in this case, only, and is authorized to prosecute the action on R.A.'s behalf.

**IT IS SO ORDERED**.

Dated: June 5, 2026

_____
Craig S. Denney
United States Magistrate Judge

2