**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THE ESTATE OF KORINA ADAMS, by Michele Darling, personal representative, et al.,

Plaintiffs

v.

CARSON CITY, et al.,

Defendants

Case No.: 3:25-cv-00161-ART-CSD

**Order**

Re: ECF No. 66

Plaintiffs have filed a motion for an order compelling discovery. (ECF No. 66.)

Preliminarily, the motion was not filed under the correct heading in CM/ECF.

Moreover, Plaintiffs did not adequately meet and confer prior to filing the motion. A party filing a discovery motion must certify that a good faith effort has been made to resolve the issue before seeking court intervention. Fed. R. Civ. P. 37(a)(1). This involves communicating directly and discussing in good faith the particular discovery at issue. LR 1-3(f). Plaintiffs' motion states that Plaintiffs' counsel called defense counsel and was informed that defense counsel was unavailable. Plaintiffs' counsel informed defense counsel's assistant that the discovery sought must be provided and that a motion to compel would be filed. Plaintiff's counsel then filed this motion. Counsel did not in fact discuss in good faith the discovery at issue or attempt to resolve the issue.

///

///

///

For these reasons, Plaintiffs' motion (ECF No. 66) is **DENIED WITHOUT PREJUDICE**. Any future discovery motion shall comply with Federal Rule of Civil Procedure 37(a)(1), Local Rule 1-3(f), and the court's Civil Standing Order (ECF No. 4).

**IT IS SO ORDERED**.

Dated: July 28, 2026

Craig S. Denney
United States Magistrate Judge