**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THE ESTATE OF KORINA ADAMS, by Michele Darling, personal representative, et al.,

Plaintiffs

v.

CARSON CITY, et al.,

Defendants

Case No.: 3:25-cv-00161-ART-CSD

**Order**

Re: ECF No. 67

Defendants have filed a motion to strike Plaintiff's motion to compel discovery. (ECF No. 67.) The court has issued an order denying the motion to compel without prejudice due to Plaintiffs' failure to meet and confer (ECF No. 68); therefore, Defendants' motion to strike (ECF No. 67) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: September 23, 2026

Craig S. Denney
United States Magistrate Judge